# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *Iron Mining Group, Inc.,*  
   *a Corporation*  
   *dba Worldvest, Inc.*

Case No.  
Chapter *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is *333-147529*.

2. The following financial data is the latest available information and refers to the debtor's condition on *June 30, 2011*.

   a. Total assets                            $ *1,746,810.21*  
   b. Total debts (including debts listed in 2.c., below)    $ *6,257,371.09*

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |

   d. Number of shares of preferred stock         *3,992,000*        *NONE*  
   e. Number of shares of common stock          *91,790,090*       *NONE*

   Comments, if any:  
   *NONE*

3. Brief description of debtor's business:  
   *The Debtor is an iron ore mining company, with its focus on the acquisition and development of iron ore mining properties in Chile and Mexico*

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:  
   *Javalon, S.A., A corporation of the British Virgin Islands, holds 81% of the shares of the Debtor.*