B6D (Official Form 6D) (12/07)

In re Iron Mining Group, Inc. , Case No.
          Debtor(s)                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Albert Sutton<br>c/o Middlegate Securities<br>8 West 40th St.<br>New York NY 10018 | | Value: $ 0.00 | | | | $ 27,719.42 | $ 27,719.42 |
| Account No:<br>Creditor # : 2<br>Amnon Mandelbaum<br>Amnon Mandelbaum Sunrise Secur<br>641 Lexington Ave., 25th Flr<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 221,755.33 | $ 221,755.33 |
| Account No:<br>Creditor # : 3<br>Amnon Mandelbaum<br>c/o Sunrise Securities Corp.<br>641 Lexington Ave., 25th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 71,723.44 | $ 71,723.44 |
| 4   continuation sheets attached | | Subtotal $ (Total of this page) | | | | $ 321,198.19 | $ 321,198.19 |
| | | Total $ (Use only on last page) | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re  Iron Mining Group, Inc.  ,  Case No.  
  Debtor(s)  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Andrew Penson<br>c/o Argent Ventures, LLC<br>551 Fifth Ave., 34th Flr.<br>New York NY 10176 | | Value: $ 0.00 | | | | $ 110,877.67 | $ 110,877.67 |
| Account No:<br>Creditor # : 5<br>Beth Seelenfreund<br>5 Wedgewood Street<br>German Colony<br>Jerusalem Israel 92226 | | Value: $ 0.00 | | | | $ 11,087.77 | $ 11,087.77 |
| Account No:<br>Creditor # : 6<br>Dennis Toff<br>c/o CompuServe<br>2 Faggotts<br>Close Radlett He WD7,7BP+44 | | Value: $ 0.00 | | | | $ 55,438.83 | $ 55,438.83 |
| Account No:<br>Creditor # : 7<br>Globe Specialty Metals<br>One Penn Plaza<br>250 West 34th St., Suite 2514<br>New York NY 10119 | | Value: $ 0.00 | | | | $ 1,663,165.00 | $ 1,663,165.00 |
| Account No:<br>Creditor # : 8<br>Jay Lefkowitz<br>c/o Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 11,087.77 | $ 11,087.77 |
| Account No:<br>Creditor # : 9<br>Jonathan C. Javitt<br>c/o Sunrise Securities Corp.<br>641 Lexington Ave., 25th Flr<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 5,543.88 | $ 5,543.88 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  $ 1,857,200.92   $ 1,857,200.92

Total $ (Use only on last page)

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re Iron Mining Group, Inc. , Case No._____
         Debtor(s)                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 10<br>Kingsbrook Partners LP<br>590 Madison Ave., 27th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 277,194.17 | $ 277,194.17 |
| Account No:<br>Creditor # : 11<br>Marc L. Seelenfreund<br>4a Nachshon Street<br>Raananna Israel 43259 | | Value: $ 0.00 | | | | $ 19,957.98 | $ 19,957.98 |
| Account No:<br>Creditor # : 12<br>Masri Capital<br>Masri & Masri Tax Serv.<br>45 North Station Plaza<br>Great Neck NY 11021 | | Value: $ 0.00 | | | | $ 329,306.67 | $ 329,306.67 |
| Account No:<br>Creditor # : 13<br>MG Jesselson<br>c/o Michael Jesselson<br>445 Park Ave., Suite 1502<br>New York NY 10002 | | Value: $ 0.00 | | | | $ 166,316.50 | $ 166,316.50 |
| Account No:<br>Creditor # : 14<br>Morton H. Seelenfreund<br>5 Wedgewood Street<br>German Colony<br>Jerusalem Israel 92226 | | Value: $ 0.00 | | | | $ 11,087.77 | $ 11,087.77 |
| Account No:<br>Creditor # : 15<br>Nathan Low<br>c/o Sunrise Securities Corp.<br>141 Lexington Ave., 25th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 177,751.31 | $ 177,751.31 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 981,614.40 | $ 981,614.40

Total $ (Use only on last page)

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re Iron Mining Group, Inc.
             Debtor(s)

Case No._____
                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 16<br>Nathan Low<br>c/o Sunrise Securities Corp.<br>641 Lexington Ave. 25th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 83,158.25 | $ 83,158.25 |
| Account No:<br>Creditor # : 17<br>Neil Cohen<br>c/o Emerald Development Mgrs<br>909 Third Avenue<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 110,877.67 | $ 110,877.67 |
| Account No:<br>Creditor # : 18<br>RLR Services Partnership<br>c/o Venture Strategy Partners<br>350 West Belden, Suite 606<br>Chicago Il 60614 | | Value: $ 0.00 | | | | $ 27,719.42 | $ 27,719.42 |
| Account No:<br>Creditor # : 19<br>Ruth I. Low<br>614 Trenton Drive<br>Beverly HIlls CA  90210 | | Value: $ 0.00 | | | | $ 110,877.67 | $ 110,877.67 |
| Account No:<br>Creditor # : 20<br>Samy Mahfar<br>c/o Sunrise Securities Corp.<br>641 Lexington Ave., 25th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 110,877.67 | $ 110,877.67 |
| Account No:<br>Creditor # : 21<br>Sunrise Charitable Foundation,<br>c/o Nathan Low Sunrise Securit<br>641 Lexington Ave., 25th Flr.<br>New York NY 10022 | | Value: $ 0.00 | | | | $ 27,719.42 | $ 27,719.42 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  $ 471,230.10  $ 471,230.10

Total $ (Use only on last page)

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re **Iron Mining Group, Inc.**, Case No._____
             Debtor(s)                                         (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 22<br>Tony Kamin<br>c/o Venture Strategy Partners<br>350 West Belden, Suite 606<br>Chicago Il 60614 | | Value: $ 0.00 | | | | $ 27,719.42 | $ 27,719.42 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    $ 27,719.42    $ 27,719.42

Total $ (Use only on last page)    $ 3,658,963.03    $ 3,658,963.03

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)