B6F (Official Form 6F) (12/07) - Cont.

In re  Iron Mining Group, Inc.  ,  Case No. _____
           Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>LL Bradford & Co.<br>8880 W. Sunset Rd., 3rd Flr.<br>Las Vegas NV 89148 | | | | | | | $ 17,500.00 |
| Account No:<br>Creditor # : 6<br>Lucosky Brookman LLP<br>45 Rockerfeller Plaza<br>Suite 2000<br>New York NY 10111 | | | | | | | $ 45,301.68 |
| Account No:<br>Creditor # : 7<br>Monster Fuels, LLC<br>dba WV Associates<br>22631 Pacific Coast Hwy, #736<br>Malibu CA 90265 | | | | | | | $ 41,373.44 |
| Account No:<br>Creditor # : 8<br>Ray and Estela Uehima Trust<br>150 Via Pasqual<br>Redondo Beach CA 90277 | | | | | | | $ 106,103.08 |
| Account No:<br>Creditor # : 9<br>SEward & Kissell LLP<br>One Battery Park Plaza<br>New York NY 10004 | | | | | | | $ 100,000.00 |
| Account No:<br>Creditor # : 10<br>ZumaHedgeFund, LLC<br>22631 Pacific Coast Hwy #736<br>Malibu CA 90265 | | | | | | | $ 2,061,070.25 |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,371,348.45

Total $   $ 2,718,157.88
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related