B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Iron Mining Group, Inc.  
   a Corporation  
     fka Worldvest, Inc.  
     fka Catalyst Ventures, Inc.

Case No.  
Chapter 11

_____ ,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>ZumaHedgeFund, LLC<br>22631 Pacific Coast Hwy #736<br>Malibu CA  90265 | Phone:<br>Zuma Hedge Fund, LLC<br>22631 Pacific Coast Hwy #736<br>Malibu CA  90265 | | | $ 2,061,070.25 |
| 2<br>Krause Malibu Property Trust<br>22631 Pacific Coast Hwy, #736<br>Malibu CA  90265 | Phone:<br>Krause Malibu Property Trust<br>22631 Pacific Coast Hwy, #736<br>Malibu CA  90265 | | | $ 304,535.01 |
| 3<br>Ray and Estela Uehima Trust<br>150 Via Pasqual<br>Redondo Beach CA  90277 | Phone:<br>Ray and Estela Uehima Trust<br>150 Via Pasqual<br>Redondo Beach CA  90277 | | | $ 106,103.08 |
| 4<br>SEward & Kissell LLP<br>One Battery Park Plaza<br>New York NY  10004 | Phone:<br>SEward & Kissell LLP<br>One Battery Park Plaza<br>New York NY  10004 | | | $ 100,000.00 |
| 5<br>Lucosky Brookman LLP<br>45 Rockerfeller Plaza<br>Suite 2000<br>New York NY  10111 | Phone:<br>Lucosky Brookman LLP<br>45 Rockerfeller Plaza<br>Suite 2000<br>New York NY  10111 | | | $ 45,301.68 |

B4 (Official Form 4) (12/07)

_____, 
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Monster Fuels, LLC<br>dba WV Associates<br>22631 Pacific Coast Hwy,<br>Malibu CA 90265 | Phone:<br>Monster Fuels, LLC<br>22631 Pacific Coast Hwy, #736<br>Malibu CA 90265 | | | $ 41,373.44 |
| 7<br>Garrett K. Krause<br>22631 PCH, #736<br>Malibu CA 90265 | Phone:<br>Garrett K. Krause<br>22631 PCH, #736<br>Malibu CA 90265 | | | $ 36,000.00 |
| 8<br>LL Bradford & Co.<br>8880 W. Sunset Rd., 3rd Flr.<br>Las Vegas NV 89148 | Phone:<br>LL Bradford & Co.<br>8880 W. Sunset Rd., 3rd Flr.<br>Las Vegas NV 89148 | | | $ 17,500.00 |
| 9<br>Bruce M. Lorman, Esq.<br>1717 Fourth St., 3rd Flr<br>Santa Monica CA 90401 | Phone:<br>Bruce M. Lorman, Esq.<br>1717 Fourth St., 3rd Flr<br>Santa Monica CA 90401 | | | $ 4,455.80 |
| 10<br>Acme Analytical Labs (Vancouve<br>1020 Cordova St.<br>East Vancouver<br>BC V6A 4A3 Canada | Phone:<br>Acme Analytical Labs (Vancouve<br>1020 Cordova St.<br>East Vancouver<br>BC V6A 4A3 Canada | | | $ 1,818.62 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Garrett Krause _____, President _____ of the Corporation _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 2/24/11

Signature
Name: Garrett Krause
Title: President