Iron Mining Group, Inc.

ACME ANALYTICAL LABS (VANCOUVE
1020 CORDOVA ST.
EAST VANCOUVER
BC, V6A 4A3 CANADA


ALBERT SUTTON
C/O MIDDLEGATE SECURITIES
8 WEST 40TH ST.
NEW YORK, NY  10018


AMNON MANDELBAUM
AMNON MANDELBAUM SUNRISE SECUR
641 LEXINGTON AVE., 25TH FLR
NEW YORK, NY  10022


AMNON MANDELBAUM
C/O SUNRISE SECURITIES CORP.
641 LEXINGTON AVE., 25TH FLR.
NEW YORK, NY  10022


ANDREW PENSON
C/O ARGENT VENTURES, LLC
551 FIFTH AVE., 34TH FLR.
NEW YORK, NY  10176


BETH SEELENFREUND
5 WEDGEWOOD STREET
GERMAN COLONY
JERUSALEM, ISRAEL  92226


BRUCE M. LORMAN, ESQ.
1717 FOURTH ST., 3RD FLR
SANTA MONICA, CA  90401


CIM MINERAL INVESTORS, S.A.
295 MADISON AVENUE
NEW YORK, NEW YORK  10017

Iron Mining Group, Inc.

DENNIS TOFF
C/O COMPUSERVE
2 FAGGOTTS
CLOSE RADLETT HE, WD7,7BP+44


GARRETT K. KRAUSE
22631 PCH, #736
MALIBU, CA  90265


GLOBE SPECIALTY METALS
ONE PENN PLAZA
250 WEST 34TH ST., SUITE 2514
NEW YORK, NY  10119


JAY LEFKOWITZ
C/O KIRKLAND & ELLIS LLP
601 LEXINGTON AVE.
NEW YORK, NY  10022


JONATHAN C. JAVITT
C/O SUNRISE SECURITIES CORP.
641 LEXINGTON AVE., 25TH FLR
NEW YORK, NY  10022


KINGSBROOK PARTNERS LP
590 MADISON AVE., 27TH FLR.
NEW YORK, NY  10022


KRAUSE MALIBU PROPERTY TRUST
22631 PACIFIC COAST HWY, #736
MALIBU, CA  90265


LL BRADFORD & CO.
8880 W. SUNSET RD., 3RD FLR.
LAS VEGAS, NV  89148


LUCOSKY BROOKMAN LLP
45 ROCKERFELLER PLAZA
SUITE 2000
NEW YORK, NY  10111

Iron Mining Group, Inc.

MARC L. SEELENFREUND
4A NACHSHON STREET
RAANANNA, ISRAEL  43259


MASRI CAPITAL
MASRI & MASRI TAX SERV.
45 NORTH STATION PLAZA
GREAT NECK, NY  11021


MG JESSELSON
C/O MICHAEL JESSELSON
445 PARK AVE., SUITE 1502
NEW YORK, NY  10002


MINERA IMG CHILE, LTDA.
295 MADISON AVE.
NEW YORK, NY  10017


MONSTER FUELS, LLC
DBA WV ASSOCIATES
22631 PACIFIC COAST HWY, #736
MALIBU, CA  90265


MONSTER FUELS, LLC
22631 PACIFIC COAST HWY, #736
MALIBU, CA  90265


MORTON H. SEELENFREUND
5 WEDGEWOOD STREET
GERMAN COLONY
JERUSALEM, ISRAEL  92226


NATHAN LOW
C/O SUNRISE SECURITIES CORP.
641 LEXINGTON AVE., 25TH FLR.
NEW YORK, NY  10022


NATHAN LOW
C/O SUNRISE SECURITIES CORP.
641 LEXINGTON AVE. 25TH FLR.
NEW YORK, NY  10022

Iron Mining Group, Inc.

NEIL COHEN
C/O EMERALD DEVELOPMENT MGRS
909 THIRD AVENUE
NEW YORK, NY  10022


RAY AND ESTELA UEHIMA TRUST
150 VIA PASQUAL
REDONDO BEACH, CA  90277


RLR SERVICES PARTNERSHIP
C/O VENTURE STRATEGY PARTNERS
350 WEST BELDEN, SUITE 606
CHICAGO, IL  60614


RUTH I. LOW
614 TRENTON DRIVE
BEVERLY HILLS, CA   90210


SAMY MAHFAR
C/O SUNRISE SECURITIES CORP.
641 LEXINGTON AVE., 25TH FLR.
NEW YORK, NY  10022


SEWARD & KISSELL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004


SUNRISE CHARITABLE FOUNDATION,
C/O NATHAN LOW SUNRISE SECURIT
641 LEXINGTON AVE., 25TH FLR.
NEW YORK, NY  10022


TONY KAMIN
C/O VENTURE STRATEGY PARTNERS
350 WEST BELDEN, SUITE 606
CHICAGO, IL  60614


ZUMA HEDGE FUND, LLC
22631 PACIFIC COAST HWY #736
MALIBU, CA 90265

Iron Mining Group, Inc.

ZUMAHEDGEFUND, LLC
22631 PACIFIC COAST HWY #736
MALIBU, CA  90265

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re *Iron Mining Group, Inc., a Corporation*
   *fka Worldvest, Inc.*
   *fka Catalyst Ventures, Inc.*

Case No.
Chapter 11

_____/ Debtor

Attorney for Debtor: *Stephen McNally*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 08/24/2011

_____
Debtor