# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: Iron Mining Group, Inc.

Case No.
Chapter 11

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

| | | |
|---|---:|---:|
| **PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:** | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $ 0.00 |
| **PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:** | | |
| 2. Gross Monthly Income: | | $ 50,000.00 |
| **PART C - ESTIMATED FUTURE MONTHLY EXPENSES:** | | |
| 3. Net Employee Payroll (Other Than Debtor) | $ 20,000.00 | |
| 4. Payroll Taxes | 0.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 0.00 | |
| 7. Other Taxes | 0.00 | |
| 8. Inventory Purchases (Including raw materials) | 0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 1,500.00 | |
| 11. Utilities | 0.00 | |
| 12. Office Expenses and Supplies | 1,000.00 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 2,000.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 20,000.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 21. Other (Specify) | | |
| | $ 2,000.00 | |
| UST Quarterly Fees (est $975 per quarter) | 325.00 | |
| | 0.00 | |
| 22. Total Monthly Expenses | | $ 46,825.00 |
| **PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:** | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 3,175.00 |