## **RESOLUTION**

I, GARRETT KRAUSE, president and sole director of Iron Mining Group, Inc., a corporation of the State of Florida (the "Company"), hereby certify that a special meeting of the shareholders of the Company was held in accordance with the By-Laws of the Company on August 23, 2011, at which a majority of the members were present and acting throughout, and the following resolution was duly and regularly adopted:

> RESOLVED: that Garrett Krause, the president and sole shareholder of the Company, is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify a Petition for Relief under Chapter 11 of Title 11 of the United States Code and to cause same to be filed with the United States Bankruptcy Court for the District of New York. The retention of Wuersch & Gering, LLP as attorneys for the Company in the Chapter 11 Proceedings and the payment of a retainer in the amount of $15,000 to Wuersch & Gering, LLP is hereby ratified.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Company this 23th day of August, 2011.

/s/ GARRETT KRAUSE
Garrett Krause, President