**IRON MINING GROUP, INC.**  COMMON

Ownership Register as of:   June 30, 2011

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| 01 THE ENTRUST GROUP INC<br>FBO MIGUEL KARPEL IRA 35658LA<br>201 WILSHIRE BLVD STE 308<br>SANTA MONICA, CA 90401 | 458<br>Total: | 8,000.<br>8,000. | 04/28/2011 | | |
| JOHN G ALBRECHT<br>& KIMBERLY V ALBRECHT<br>6476 S HORNBEAM PL<br>BOISE, ID 83716 | 144<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| ALEXIS LIBERTY INVESTORS LLC<br>22631 PCH STE 736<br>MALIBU, CA 90265 | 423<br>Total: | 650,000.<br>650,000. | 12/29/2010 | | |
| DON ALTFELD<br>22631 PCH #736<br>MALIBU, CA 90265 | 430<br>Total: | 600.<br>600. | 12/31/2010 | | |
| BRUCE A BODE<br>5718 LEWIS WAY<br>CONCORD, CA 94521 | 115<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| SANDRA BURGESS<br>809-B CUESTA DRIVE, #2188<br>MT VIEW, CA 94040 | 330<br>331<br>Total: | 19,230.<br>4,345.<br>23,575. | 09/02/2010<br>09/02/2010 | 09/02/2010<br>09/02/2010 | |
| SANDRA L BURGESS<br>809-B CUESTA DRIVE #2188<br>MT VIEW, CA 94040 | 226<br>227<br>322<br>446<br>Total: | 22,500.<br>50,000.<br>9,000.<br>3,125.<br>84,625. | 12/28/2009<br>12/28/2009<br>06/30/2010<br>02/18/2011 | 02/18/2011 | |
| MICHAEL CARNEY<br>1314 E LAS OLAS BLVD, #95<br>FORT LAUDERDALE, FL 33301 | 218<br>Total: | 50,000.<br>50,000. | 12/22/2009 | 12/22/2009 | |
| CEDE & CO<br>PO BOX 222<br>BOWLING GREEN STATION<br>NEW YORK, NY 10274 | 200<br>201<br>202<br>204<br>205<br>206<br>208<br>288<br>289<br>290<br>291<br>292<br>293 | 400,000.<br>200,000.<br>15,000.<br>200,000.<br>1,000.<br>2,000.<br>3,500.<br>4,000.<br>2,000.<br>8,000.<br>1,000.<br>1,500.<br>1,000. | 06/15/2009<br>06/18/2009<br>07/22/2009<br>08/05/2009<br>09/21/2009<br>09/29/2009<br>11/25/2009<br>03/29/2010<br>03/31/2010<br>03/31/2010<br>04/05/2010<br>04/05/2010<br>04/09/2010 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| CEDE & CO (Continued) | 297 | 1,000. | 04/14/2010 | | |
| | 298 | 2,000. | 04/14/2010 | | |
| | 301 | 1,000. | 05/05/2010 | | |
| | 303 | 1,000. | 05/10/2010 | | |
| | 306 | 1,000. | 05/18/2010 | | |
| | 307 | 2,000. | 05/21/2010 | | |
| | 309 | 1,000. | 06/03/2010 | | |
| | 316 | 15,323. | 06/17/2010 | | |
| | 317 | 32,263. | 06/22/2010 | | |
| | 320 | 25,000. | 06/30/2010 | | |
| | 325 | 1,000. | 08/12/2010 | | |
| | 327 | 1,000. | 08/20/2010 | | |
| | 332 | 10,250. | 09/09/2010 | | |
| | 337 | 492,000. | 10/22/2010 | | |
| | 414 | 4,000. | 10/28/2010 | | |
| | 416 | 1,000. | 11/03/2010 | | |
| | 417 | 4,000. | 11/11/2010 | | |
| | 435 | 57,950. | 01/11/2011 | | |
| | 436 | 10,000. | 01/12/2011 | | |
| | 437 | 5,500. | 01/14/2011 | | |
| | 438 | 10,000. | 01/19/2011 | | |
| | 441 | 13,377. | 01/27/2011 | | |
| | 442 | 2,000. | 02/08/2011 | | |
| | 443 | 6,643. | 02/11/2011 | | |
| | 447 | 22,542. | 03/08/2011 | | |
| | 448 | 8,762. | 03/11/2011 | | |
| | 450 | 2,700. | 03/24/2011 | | |
| | 451 | 12,052. | 03/24/2011 | | |
| | 452 | 3,501. | 03/31/2011 | | |
| | 456 | 1,998. | 04/25/2011 | | |
| | 459 | 4,302. | 05/04/2011 | | |
| | 460 | 20,000. | 05/06/2011 | | |
| | 462 | 23,508. | 05/19/2011 | | |
| | 464 | 6,533. | 06/08/2011 | | |
| | 465 | 1,500. | 06/22/2011 | | |
| | 466 | 4,257. | 06/27/2011 | | |
| | 467 | 2,500. | 06/27/2011 | | |
| | Total: | 1,653,461. | | | |
| CENTURION CREDIT RESOURCES LLC<br>152 W 57TH ST 54TH FL<br>NEW YORK, NY 10019<br>02-0751053 | 434 | 42,050. | 01/11/2011 | | |
| | Total: | 42,050. | | | |
| CONRAD CHASE<br>1314 E LAS OLAS BLVD, #95<br>FORT LAUDERDALE, FL 33301 | 217 | 50,000. | 12/22/2009 | 12/22/2009 | |
| | Total: | 50,000. | | | |
| TODD G CHATTERTON<br>LIVING TRUST<br>955 W HEATHER AVE<br>GILBERT, AZ 85233 | 370 | 556. | 10/27/2010 | | |
| | 398 | 2,626. | 10/27/2010 | | |
| | Total: | 3,182. | | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| CHINA MINERAL INVESTORS SA<br>C/O GARRETT KRAUSE<br>120 OUTRIGGER MALL<br>MARINA DEL RAY, CA 90292 | 338<br>339<br>340<br>341<br>Total: | 250,000.<br>250,000.<br>250,000.<br>250,000.<br>1,000,000. | 10/27/2010<br>10/27/2010<br>10/27/2010<br>10/27/2010 | | |
| YOON JI CHUNG<br>11 UNION STREET<br>LADERA RANCH, CA 92694 | 220<br>Total: | 5,000.<br>5,000. | 12/22/2009 | 12/22/2009 | |
| JESSE STEVENS CONNORS<br>32644 THE OLD ROAD<br>CASTAIC, CA 91384 | 407<br>Total: | 1,000.<br>1,000. | 10/27/2010 | | |
| MADISON CORRI<br>6244 PASEO CANYON DR<br>MALIBU, CA 90265 | 312<br>Total: | 20,000.<br>20,000. | 06/04/2010 | | |
| WILLIAM COX<br>& LINDA COX<br>4905 OAK BLUFF<br>MESQUITE, TX 75150 | 143<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| CRESCENT STREET HOLDINGS LLC<br>22631 PCH STE 736<br>MALIBU, CA 90265<br>26-2701368 | 194<br>195<br>196<br>318<br>422<br>Total: | 200,000.<br>200,000.<br>200,000.<br>167,737.<br>3,450,000.<br>4,217,737. | 05/22/2009<br>05/22/2009<br>05/22/2009<br>06/22/2010<br>12/29/2010 | | |
| FELICIA DIVINITY<br>& JEROME DIVINITY<br>3872 COCHRAN AVE<br>LOS ANGELES, CA 90008 | 349<br>377<br>Total: | 1,064.<br>2,290.<br>3,354. | 10/27/2010<br>10/27/2010 | | |
| ENTRUST IRA SERVICES CUST FBO<br>RICHARD W. MCCLANATHAN<br>201 WILSHIRE BLVD<br>SANTA MONICA, CA 90401-1226 | 216<br>Total: | 33,334.<br>33,334. | 12/22/2009 | 12/22/2009 | |
| ENTRUST IRA SERVICES FBO<br>FELICIA M JOLIVET IRA<br>201 WILSHIRE BLVD STE 308<br>SANTA MONICA, CA 90401 | 350<br>378<br>Total: | 288.<br>1,170.<br>1,458. | 10/27/2010<br>10/27/2010 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| ENTRUST IRA SERVICES FBO<br>PHILLIP MORRISON<br>201 WILSHIRE BLVD STE 308<br>SANTA MONICA, CA 90401 | 365<br>393<br>Total: | 2,034.<br>4,534.<br>6,568. | 10/27/2010<br>10/27/2010 | | |
| ENTRUST IRA SERVICES FBO<br>RICHARD W MCCLANATHAN<br>201 WILSHIRE BLVD STE 308<br>SANTA MONICA, CA 90401 | 366<br>394<br>Total: | 1,030.<br>2,697.<br>3,727. | 10/27/2010<br>10/27/2010 | | |
| ENTRUST IRA SERVICES, CUST FBO<br>GEOFFREY J KAI IRA<br>201 WILSHIRE BLVD<br>SANTA MONICA, CA 90401-1226 | 215<br>Total: | 20,000.<br>20,000. | 12/22/2009 | 12/22/2009 | |
| FINANCIAL VISIONS INC<br>C/O GARRETT KRAUSE<br>120 OUTRIGGER MALL<br>MARINA DEL RAY, CA 90292 | 413<br>Total: | 85,000.<br>85,000. | 10/27/2010 | | |
| JESSE GAITAN-PRECIADO<br>1314 E LAS OLAS BLVD<br>FORT LAUDERDALE, FL 33301 | 222<br>Total: | 2,500.<br>2,500. | 12/22/2009 | 12/22/2009 | |
| ERNEST R GALLARDO<br>& CHRISTINA M GALLARDO<br>20336 ANZA AVE, #11<br>FORT LAUDERDALE, FL 33301 | 214<br>Total: | 33,334.<br>33,334. | 12/22/2009 | 12/22/2009 | |
| STEVE GALLARDO<br>20336 ANZA AVE #2<br>TORRANCE, CA 90503 | 368<br>396<br>Total: | 195.<br>501.<br>696. | 10/27/2010<br>10/27/2010 | | |
| GLOBAL VANTAGE LIMITED PARTNERSHIP<br>10350 WILSHIRE BLVD, STE 304<br>LOS ANGELES, CA 90024 | 225<br>Total: | 10,000.<br>10,000. | 12/22/2009 | 12/22/2009 | |
| KIMBERLY HATTEN<br>13011 DAPHNE AVE<br>GARDENA, CA 90249 | 358<br>386<br>Total: | 1,922.<br>5,564.<br>7,486. | 10/27/2010<br>10/27/2010 | | |
| JOEL HEFFRON<br>10350 WILSHIRE BLVD STE 304<br>LOS ANGELES, CA 90024 | 411<br>Total: | 3,500.<br>3,500. | 10/27/2010 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| GERMAINE HILL<br>1616 E NOCTA PRIVADO ST<br>ONTARIO, CA 91764 | 352<br>380<br>**Total:** | 550.<br>2,453.<br>3,003. | 10/27/2010<br>10/27/2010 | | |
| GLEN I HIROSE<br>915 N OLIVE AVE<br>ALHAMBRA, CA 91801 | 403<br>**Total:** | 500.<br>500. | 10/27/2010 | | |
| KATHLEEN E HOLMBY<br>5709 WOODGLEN DRIVE<br>PARADISE, CA 95969 | 128<br>**Total:** | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| IMG STOCK HOLDINGS SA<br>C/O THE WORLDVEST FUND<br>22631 PCH #736<br>MALIBU, CA 90265 | 420<br>426<br>**Total:** | 32,000,000.<br>45,000,000.<br>77,000,000. | 11/17/2010<br>12/29/2010 | 11/17/2010<br>10/25/2007 | |
| IRON ORE PARTNERS SA<br>C/O GARRETT KRAUSE<br>120 OUTRIGGER MALL<br>MARINA DEL RAY, CA 90292 | 342<br>**Total:** | 1,000,000.<br>1,000,000. | 10/27/2010 | | |
| ORVILLE JACKSON<br>1563 W 105TH ST<br>LOS ANGELES, CA 90047 | 364<br>392<br>**Total:** | 1,332.<br>6,402.<br>7,734. | 10/27/2010<br>10/27/2010 | | |
| LLOYD JAMES<br>5542 RYAN AVE<br>LAKEWOOD, CA 90712 | 213<br>**Total:** | 16,667.<br>16,667. | 12/22/2009 | 12/22/2009 | |
| LLOYD L JAMES<br>5542 RYAN AVE<br>LAKEWOOD, CA 90712 | 406<br>**Total:** | 1,000.<br>1,000. | 10/27/2010 | | |
| GEOFFREY J KAI<br>4813 REESE RD<br>TORRANCE, CA 90505 | 408<br>**Total:** | 15,900.<br>15,900. | 10/27/2010 | | |
| STUART KAI<br>20116 HINSDALE AVE<br>TORRANCE, CA 90503 | 444<br>**Total:** | 15,625.<br>15,625. | 02/18/2011 | 02/18/2011 | |
| ALAN R KELSEY<br>179 GRACE CHURCH ST<br>RYE, NY 10580 | 429<br>**Total:** | 31,250.<br>31,250. | 12/29/2010 | 12/29/2010 | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| FRED KILMER<br>7063 IVORY LN<br>LIBERTY TOWNSHIP, OH 45044 | 432<br>Total: | 25,000.<br>25,000. | 12/31/2010 | | |
| JAESUNG KIM<br>28106 RIDGEFOREST CT<br>RANCHO PALOS VERDES, CA 90275 | 219<br>Total: | 5,000.<br>5,000. | 12/22/2009 | 12/22/2009 | |
| MICHAEL A KINNEY<br>608 N HIGH DESERT DRIVE<br>DEER PARK, CA 95678 | 116<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| CARTER KRAUSE<br>6471 THORNWOOD PL<br>NANAIMO, BC V9V 1V9 CANADA | 313<br>Total: | 20,000.<br>20,000. | 06/04/2010 | | |
| TAYLOR KRAUSE<br>6471 THORNWOOD PL<br>NANAIMO, BC V9V 1V9 CANADA | 314<br>Total: | 20,000.<br>20,000. | 06/04/2010 | | |
| ALLYSON J KUMATAKA<br>5312 W TORTOLITA FLATS LN<br>MARANA, AZ 85653 | 120<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | 09/14/2010 |
| LANGARA INVESTORS ONE LLC<br>22631 PCH STE 736<br>MALIBU, CA 90265 | 424<br>Total: | 1,500,000.<br>1,500,000. | 12/29/2010 | | |
| LANGARA INVESTORS TWO LLC<br>22631 PCH STE 736<br>MALIBU, CA 90265 | 425<br>Total: | 400,000.<br>400,000. | 12/29/2010 | | |
| ANGELA LEIGH<br>3107 WALDIE COURT<br>FORT LAUDERDALE, FL 33301 | 210<br>Total: | 6,673.<br>6,673. | 12/22/2009 | 12/22/2009 | |
| ANTHONY Q LEWIS<br>& TREVA M LEWIS<br>5545 SHERBOURNE DR<br>LOS ANGELES, CA 90056<br>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 | 463<br>Total: | 4,551.<br>4,551. | 06/06/2011 | | |
| RAFAEL E LOPERENA<br>1136 DIRBYSHIRE DR<br>COOPERTINO, CA 94040 | 319<br>Total: | 5,000.<br>5,000. | 06/25/2010 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| GLORIA L MILLER<br>PO BOX 1132<br>CHICO, CA 95927 | 134<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| MATTHEW P MOSBEY<br>PO BOX 136<br>HEDRICK, IA 52563 | 130<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| MST FINANCIAL LLC<br>1 PENN PLAZA STE 4125<br>NEW YORK, NY 10119 | 421<br>Total: | 20,000.<br>20,000. | 12/07/2010 | 12/07/2010 | 06/27/2011 |
| MICHAEL E MUHLBAIER<br>120 62ND AVE NORTH<br>ST PETERSBURG, FL 33702 | 404<br>Total: | 1,000.<br>1,000. | 10/27/2010 | | |
| MICHAEL E MUHLBAIRER<br>PO BOX 56570<br>ST PETERSBURG, FL 33732 | 209<br>Total: | 2,500.<br>2,500. | 12/22/2009 | 12/22/2009 | |
| ROBERT T NAKAWATASE<br>23020 KENT AVE<br>TORRANCE, CA 90505 | 211<br>Total: | 23,334.<br>23,334. | 12/22/2009 | 12/22/2009 | |
| MARILYN NEWBERG<br>1859 ANAMOR STREET<br>REDWOOD CITY, CA 94061 | 132<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| NFS FBO DALE G AND NANCY N RINARD<br>REVOCABLE TRUST<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 344<br>372<br>Total: | 550.<br>2,461.<br>3,011. | 10/27/2010<br>10/27/2010 | | |
| NFS FBO DENISE T CUSTER IRA<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 345<br>373<br>Total: | 2,772.<br>13,016.<br>15,788. | 10/27/2010<br>10/27/2010 | | |
| NFS FBO DENISE T CUSTER TRUST<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 346<br>374<br>Total: | 2,756.<br>12,508.<br>15,264. | 10/27/2010<br>10/27/2010 | | |
| NFS FBO JAMES J BAKER IRA<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 454<br>Total: | 25,068.<br>25,068. | 04/25/2011 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| NFS FBO JANET JOHNSON IRA<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 354<br>382<br>Total: | 2,200.<br>9,819.<br>12,019. | 10/27/2010<br>10/27/2010 | | |
| NFS FBO LLOYD L JAMES<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 359<br>387<br>Total: | 519.<br>1,467.<br>1,986. | 10/27/2010<br>10/27/2010 | | |
| NFS FBO ROBERT MANGAM IRA<br>200 LIBERTY ST 5TH FL<br>NEW YORK, NY 10281 | 440<br>Total: | 6,260.<br>6,260. | 01/26/2011 | | |
| ROBERT PATTERSON<br>& DENISE PATTERSON<br>17953 BERTA CANYON ROAD<br>SALINAS, CA 93907 | 112<br>148<br>Total: | 1,000.<br>3,000.<br>4,000. | 10/25/2007<br>01/18/2008 | 10/25/2007 | |
| PROACTIVE CAPITAL RESOURCES<br>GROUP LLC<br>420 LEXINGTON AVE STE 300<br>NEW YORK, NY 10170 | 419<br>Total: | 15,000.<br>15,000. | 11/17/2010 | 11/17/2010 | 05/20/2011 |
| LARRY SCHEPS<br>116 SQUIRES LN<br>CHARDON, OH 44024 | 431<br>Total: | 12,500.<br>12,500. | 12/31/2010 | | |
| SHANO INDUSTRIES LTD<br>6472 THORNWOOD PL<br>NANAIMO, BC V9V 1V9 CANADA | 315<br>Total: | 20,000.<br>20,000. | 06/04/2010 | | |
| JOSE SILVA<br>& MARY LOU SILVA<br>822 GREEN HEDGE<br>TORRANCE, CA 90502 | 355<br>383<br>Total: | 4,151.<br>11,751.<br>15,902. | 10/27/2010<br>10/27/2010 | | |
| LISA SILVA<br>2360 CLUB DRIVE<br>GILROY, CA 95020 | 129<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| MICHAEL JOSEPH SMITH<br>3872 COCHRAN AVE<br>LOS ANGELES, CA 90008 | 361<br>389<br>Total: | 3,010.<br>9,733.<br>12,743. | 10/27/2010<br>10/27/2010 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| SUNRISE SECURITIES CORP<br>641 LEXINGTON AVE, 25TH FLOOR<br>NEW YORK, NY 10022 | 333<br>Total: | 35,000.<br>35,000. | 09/14/2010 | 09/14/2010 | 06/27/2011 |
| KRISTEN SUZUKI<br>5312 W TORTOLITA FLATS LN<br>MARANA, AZ 85653 | 122<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | 09/14/2010 |
| TODD N TEXTOR<br>504 MCCLELLAND AVE # 9<br>MONTEREY, CA 93940 | 113<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| THE LOGIE LIVING TRUST DTD 4/12/91<br>7584 TAYSIDE COURT<br>SAN JOSE, CA 95135 | 106<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| TRUST OF ROBERT O CARLSON<br>838 SABAL PALM DRIVE<br>MELBOURNE, FL 32934 | 305<br>Total: | 1,000.<br>1,000. | 05/14/2010 | | |
| UCHIMA EXCLUSION TRUST<br>3838 CARSON ST STE 330<br>TORRANCE, CA 90503 | 428<br>Total: | 62,500.<br>62,500. | 12/29/2010 | 12/29/2010 | |
| HANS PETER WAGNER & ANNE JEANNINE ROLSTAD<br>TTEES WAGNER ROLSTAD FAMILY TR DTD JANUARY 20 2011<br>20116 HINSDALE AVE<br>TORRANCE, CA 90503 | 445<br>Total: | 15,625.<br>15,625. | 02/18/2011 | 02/18/2011 | |
| RICHARD WHELAN<br>22631 PCH #736<br>MALIBU, CA 90265 | 427<br>Total: | 130,000.<br>130,000. | 12/29/2010 | 12/29/2010 | |
| DOUGLAS A WILLIAMS<br>PO BOX 10308<br>SAN JOSE, CA 95157 | 111<br>Total: | 1,000.<br>1,000. | 10/25/2007 | 10/25/2007 | |
| CHI YUEN WONG<br>1785 BELOIT AVE, APT 105<br>LOS ANGELES, CA 90002 | 221<br>Total: | 2,500.<br>2,500. | 12/22/2009 | 12/22/2009 | |
| ZUMAHEDGEFUND LLC<br>C/O WORLDVEST<br>2049 CENTURY PARK EAST STE 4200<br>LOS ANGELES, CA 90067 | 189<br>191<br>229<br>230<br>232<br>233<br>234<br>237<br>238 | 200,000.<br>200,000.<br>500,000.<br>500,000.<br>500,000.<br>500,000.<br>500,000.<br>100,000.<br>100,000. | 05/18/2009<br>05/18/2009<br>12/31/2009<br>12/31/2009<br>12/31/2009<br>12/31/2009<br>12/31/2009<br>12/31/2009<br>12/31/2009 | | |

| Name | Certificate | Shares | Issued | Restricted | Stopped |
|---|---|---|---|---|---|
| ZUMAHEDGEFUND LLC (Continued) | 239 | 125,000. | 12/31/2009 | | |
| | **Total:** | 3,225,000. | | | |

|  |  |
|---|---|
| TOTAL SHAREHOLDERS: | 85. |
| TOTAL SHARES: | 91,790,090. |
| TOTAL RESTRICTED SHARES: | 77,627,542. |
| TOTAL CERTIFICATES: | 172. |